# United States District Court
# For The Western District of North Carolina
# Statesville Division

ELLEN M. GROSE,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　CASE NO. 5:04CV29

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by motions and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 3, 2006, Order.

                          Signed: August 4, 2006

                          Frank G. Johns, Clerk
                          United States District Court